# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SABIC PETROCHEMICALS                             NO.  2020 CW 0923
HOLDINGS US, INC.

VERSUS

WILLIAMS OLEFINS, L.L.C. AND          **OCTOBER 8, 2020**
THE WILLIAMS COMPANIES, INC.

---

In Re:   Williams Olefins, L.L.C. and The Williams Companies,
         Inc., applying for supervisory writs, 18th Judicial
         District Court, Parish of Iberville, No. 76976.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

   **WRIT DENIED.**

                              **MRT**
                              **EW**

   **Higginbotham, J.,** dissents.  While a trial court has great
discretion in such matters, I find that the denial of the motion
to continue herein was an abuse of that discretion.  Trial
counsel for defendants informed the trial court of the
scheduling conflicts at issue herein when the November 4, 2020
trial date was selected.  Moreover, the court and parties
selected a second trial date of January 5, 2021.  Accordingly, I
would grant the motion to continue the trial date of November 4,
2020 and continue the trial to January 5, 2021.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT